UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JOHNNIE W. McMILLON,

                              Plaintiff,

                                                                DECISION AND ORDER

                                                                 04-CV-6346L

          v.

MATTHEW MULHERN, et al.,

                              Defendant.
_____

Plaintiff, who has appeared *pro se,* filed a motion (Dkt. # 49) on April 27, 2007 to dismiss his case against all defendants. Plaintiff's motion is granted and the complaint is dismissed with prejudice, pursuant to FED. R. CIV. P. 41(a)(2).

IT IS SO ORDERED.

                                                                 _____
                                                                  DAVID G. LARIMER
                                                             United States District Judge

Dated: Rochester, New York
       May 3, 2007.